(1)

2-6-23



# UNITED STATES DISTRICT COURT

for the

District of Montana

Great Falls Division

Kenneth J Flynn

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Holly and Mark Mokorovich / Mark Mokorovich Irrevocable Trust
Calvin T Christian / Christian, Samson & Baskett PLLC

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV-23-07-GF-BMM

*(to be filled in by the Clerk's Office)*

## COMPLAINT TO REQUIRE PERFORMANCE OF A CONTRACT TO CONVEY REAL PROPERTY

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth J Flynn |
| Street Address | 615 1st AVE PO Box 232 |
| City and County | Goldfield Hill County |
| State and Zip Code | Montana |
| Telephone Number | 202-714-3428 |
| E-mail Address | Sherlock Storage 404 @ Gmail.Com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 2

Name: Calvin T Christian

Job or Title *(if known)*: Att CS + B PLLC

Street Address: 310 West Spruce

City and County: Missoula, Missoula County

State and Zip Code: Montana 59802

Telephone Number: 406-721-7772

E-mail Address *(if known)*: CTC @ CSB Law.Com

Defendant No. 2 is a Corporation in Montana (Missoula)

Name: Christian Sampson + Baskett PLLC

Job or Title *(if known)*: Law Firm

Street Address: 310 West Spruce

City and County: Missoula Missoula

State and Zip Code: Montana

Telephone Number: 406-721-7772

E-mail Address *(if known)*: CSB @ CSB Law office. Com

Defendant No. 3

Name: Mark and Holly Mahorcich

Job or Title *(if known)*: [crossed out] Business partners

Street Address: Po Box 7247

City and County: Missoula, Missoula County

State and Zip Code: Montana

Telephone Number: 406-728-8672

E-mail Address *(if known)*:

Defendant No. 4

Name: Mark Mahorcich Irrevocable Trust

Job or Title *(if known)*: Holly Mahorcich Trustee

Street Address:

City and County: Montana Corp MSLA Mt

State and Zip Code: Montana 59802

Telephone Number:

E-mail Address *(if known)*:

**II. Basis for Jurisdiction** All Defendants are residents of Montana

~~Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met:~~

**A. The Plaintiff(s)**

1. If the plaintiff is an individual

The plaintiff, *(name)* Kenneth J Flynn, is a citizen of the State of *(name)* Montana.

2. If the plaintiff is a corporation

The plaintiff, *(name)* Sherlock Storage LLC, is incorporated under the laws of the State of *(name)* Montana, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B. The Defendant(s)**

1. If the defendant is an individual

The defendant, *(name)* Holly M Mahieuich Trustee, is a citizen of the State of *(name)* Montana. Or is a citizen of *(foreign nation)* ________.

2 If the defendant is a corporation

The defendant, *(name)* Mark Mahieuich Irrevocable Trust, is incorporated under the laws of the State of *(name)* Montana, and has its principal place of business in the State of *(name)* Montana. Or is incorporated under the laws of *(foreign nation)* ________, and has its principal place of business in *(name)* ________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

KJ





2-6-23



C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is ~~more than $75,000, not counting interest and costs of court, because (explain):~~

Holly and Mark Mohoresich personally loaned to plaintiff $149,131.19, They withheld $67000 IRS payment for back TAXES + Abatement from Interests Loan Dated 10/29/15. On 11/19/15 the Mark Mohoresich Irrevocable Trust paid the ~~full~~ entire $149,131.19 off, with a master Loan of $650000. IRS demands $66000 Interest, Repayment of $62000 is due $50000 Approx. No principal reduction. Approx $50000 over payments total $233,000. Interest is due 100. Laws Doubled the Claim → $466,000

III. Statement of Claim

A. Describe the real property owned by the ~~defendant(s)~~ plaintiff that is the subject of this complaint. Include the address or location of the property.

plaintiff owns Sherlock Storage LLC Located at 2603 Industry Rd. Defendants refinanced the property with a false amount of Loan 650000 − 67000 = $583,000.

B. Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

1. When did you enter into the contract with the defendant(s)?

10/29/15 149,131.19 Replaced by a loan on 11/19/15 $650000

2. What is the ~~purchase price~~ Loan Amount you agreed to pay off?

Loan Amount $650,000

3. Describe your obligations under the contract. Include any terms regarding required deposits.

Monthly payments of 4760 Balloon was 4-5-22 plaintiff Refused to pay loan off without addressing the $67,000 IRS payment withheld and damages, They foreclosed plaintiff filed Bankruptcy

4. Describe the defendant(s)' obligations under the contract, ~~including the obligation to convey the~~ real property at issue.

Service the Loan honestly with Integrity as a Mtg Broker ~~the~~ payments made to Fidelity National Title (Formerly Stewart Title) false claims of missing payments in 2016.

[signature]

C. Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the ~~purchase price~~ Loan Amount. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

plaintiff withheld payments from 2/1/22 until Balloon payment [illegible] on 4-5-22, Refused to payoff Loan until the Lien holder Mark Mohorcich Irrevocable Trust, Holly Mohorcich Trustee agreed to refund the $67000, withheld IRS payment ~~w~~ Address no principal reductions Approx $50000 ~~and~~ over payments based on a False loan amount $553000 Not $452000 also pay the Interest due to IRS $44000, Over payments Amount Approx $50000 - $233000 w/o [illegible] Int

D. Describe when and how you requested that the defendant(s) ~~convey the real property~~ at issue and when and how the defendant(s) refused to do so. Attach copies of any correspondence with the defendant(s).

plaintiff was ignored when he proposed Settlement. The answer to the proposal was foreclosure, Non Judicial, Research exposed the Mohorcich Irrevocable Trust was not registered with the Montana Secretary of State to do business in Montana ~~When plaintiff exposed this fact to Martin King the attorney~~ for Mohorcich He Claimed no need in a nonjudicial foreclosure.

IV. Relief

What is your requested form of relief? *(check all that apply)*

☐ Specific performance of the contract. *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

☒ Damages sustained as a result of the defendant(s)' refusal to ~~comply with the contract~~ Settle the Loan Amount. *(Describe the damages you are requesting.)*

as above plaintiff has damages when Mohorcich withheld the $67000 IRS payment for abatement from Interest, the Interest is now $44,000, due to the withheld funds the payments were to high Approx $50,000 (7 yrs 6-800 per mo) No principal reduction approx $50,000 plus $233000 - [illegible]

JLH

5 of 7



 2-6-23



☐ If specific performance cannot be granted, damages in the amount of $ ________.

*(Describe the damages you are requesting.)*

☒ Other relief.

In addition to the previous damages the expence and loss of reputation from filing bankruptcy additional Claim of $500,000. The Attorney Calvin T Christian must return all his fees in Connection to the Mohorcich Loan, Christian Represented Mohorcich and plaintiff a Conflict of Interest, 3 modifications $3000 + Two Loans $2000 = $50,000 + 10% Int from 2015 - 2023 - Aprox $100,000 fees to be returned to plaintiff

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: X 2-6-23

Signature of Plaintiff [signature]

Printed Name of Plaintiff Kenneth J Flynn

### B. For Attorneys

Date of signing: ________

KJF