

*1983*  2-6-23

United States Bankruptcy Court
U.S. Bankruptcy Court, District of Montana

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/04/2022 at 2:04 PM and filed on 10/04/2022.

**SHERLOCK STORAGE LLC**
615 1ST AVE
PO BOX 232
GILDFORD, MT 59525
2027143428
Tax ID / EIN: 83-1252176



FILED
10/__/2022

The case was assigned case number 9:22-bk-90150-BPH to Judge BENJAMIN P. HURSH.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mtb.uscourts.gov or at the Clerk's Office, Room 263 Federal Building, 400 North Main, Butte, MT 59701.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Tyler P. Gilman
Clerk, U.S. Bankruptcy Court
of Montana

10/5/2022, 4:06 PM

A. U.S. Department of Housing and Urban Development Settlement Statement (HUD)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: 82239a | 7. Loan Number: | 8. Mortgage Insurance Case Number: | | |
| 4. ☐ VA   5. ☐ Conv. Ins.  ☒ Other | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name & Address of Borrower: Sherlock Storage, LLC, 400 West Braodway, Suite 101-527, Missoula, MT 59802

E. Name & Address of Seller:

F. Name & Address of Lender: Holly M. Mohorcich, Trustee of the Mark Mohorcich Irrevocable Trust

G. Property Location: 2603 Industry Road Missoula, Montana 59808
Lot 1, OWEN MINOR, Missoula County, Montana
5859825

H. Settlement Agent: Stewart Title of Missoula County, Inc., 320 West Broadway, Suite A, Missoula, MT 59802, (406) 728-1500
Place of Settlement: 320 W. Broadway St, Suite A, Missoula, MT 59802

I. Settlement Date: 11/19/2015   Proration Date: 11/19/2015   Disbursement Date: 11/19/2015

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $2,199.00 | 403. | |
| 104. Payoff Escrow #50334 to Blotkamp | $335,138.43 | 404. | |
| 105. Payoff Escrow #51219 to Mohorcich | $149,914.60 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. Payoff Escrow #51128 to Jones Family Enterp | $85,438.53 | 410. | |
| 111. 1st half 2015 taxes ID #5859825 | $8,923.05 | 411. | |
| 112. Attorney Bill to CSJ | $10,960.97 | 412. | |
| 120. Gross Amount Due from Borrower | $592,574.58 | 420. Gross Amount Due to Seller | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $650,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $650,000.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $592,574.58 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | ($650,000.00) | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash ☐ From ☒ To Borrower | $57,425.42 | 603. Cash ☐ To ☐ From Seller | |

L. Settlement ~Amended Complaint~

File Number: 8225xx

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. | Total Real Estate Broker Fees | | |
| 701. | Division of commission (line 700) as follows: | | |
| 702. | | | |
| 703. | Commission paid at settlement | | |
| 704. | | | |
| 800. | **Items Payable in Connection with Loan** | | |
| 801. | Our origination charge               (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | | |
| 803. | Your adjusted origination charges   (from GFE #2) | | |
| 804. | Appraisal fee                        (from GFE A) | | |
| 805. | Credit report                        (from GFE #3) | | |
| 806. | Tax service                          (from GFE #3) | | |
| 807. | Flood certification                  (from GFE #3) | | |
| 808. |                                       (from GFE #3) | | |
| 900. | **Items Required by Lender to Be Paid in Advance** | | |
| 901. | Daily interest charges from | | |
| 902. | Mortgage insurance premium for       (from GFE #10) | | |
| 903. | Homeowner's insurance for            (from GFE #3) | | |
| 904. |                                       (from GFE #11) | | |
| 905. | | | |
| 1000. | **Reserves Deposited with Lender** | | |
| 1001. | Initial deposit for your escrow account | | |
| 1002. | Homeowner's insurance                (from GFE #9) | | |
| 1003. | Mortgage insurance | | |
| 1004. | City property taxes | | |
| 1005. | County property taxes | | |
| 1006. | Annual Assessments (maint.) | | |
| 1007. | | | |
| 1008. | | | |
| 1009. | Aggregate Adjustment | | |
| 1100. | **Title Charges** | | |
| 1101. | Title services and lender's title insurance   (from GFE #4) | | $1,786.00 |
| 1102. | Settlement or closing fee to Stewart Title of Missoula County, Inc. $400.00 | | |
| 1103. | Owner's title insurance to Stewart Title of Missoula County, Inc.   (from GFE #5) | | |
| 1104. | Lender's title insurance to Stewart Title of Missoula County, Inc.  $1,386.00 | | |
| 1105. | Lender's title policy limit $650,000.00 | | |
| 1106. | Owner's title policy limit | | |
| 1107. | Agent's portion of the total title insurance premium to Stewart Title of Missoula County, Inc.  $1,187.80 | | |
| 1108. | Underwriter's portion of the total title insurance premium to Stewart Title Guaranty Company  $198.20 | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | Opening Escrow Fee to Stewart Escrow Services | | $350.00 |
| 1112. | | | |
| 1113. | | | |
| 1114. | | | |
| 1115. | | | |
| 1200. | **Government Recording and Transfer Charges** | | |
| 1201. | Government recording charges         (from GFE #7) | | $63.00 |
| 1202. | Deed Mortgage $63.00 Releases        $63.00 | | |
| 1203. | Transfer taxes                       (from GFE #8) | | |
| 1204. | City/County tax/stamps | | |
| 1205. | State tax/stamps | | |
| 1206. | | | |
| 1300. | **Additional Settlement Charges** | | |
| 1301. | Required services that you can shop for  (from GFE #6) | | |
| 1302. | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. | Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $2,199.00 |

Items marked "POC" were paid outside the closing by: Borrower (POCB), Lender (POCL), Mortgage Broker (POCM), Other (POCO), Real Estate Agent (POCR), or Seller (POCS).

CERTIFICATION:
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender in this transaction appearing on this HUD-1 Settlement Statement pertaining to "Comparison of Good Faith Estimate (GFE) and HUD-1 Charges" and "Loan Terms", and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

SHERLOCK STORAGE, LLC
_____
Kenneth J. Flynn
Member/Manager

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Christine Scott                                         11/19/15
_____                           _____
                                                        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

OMB Approval No. 2502-0265

A. Settlement Statement (HUD-1)

(14)

PC-22-98-TS-BMM

2-6-23

**B. Type of Loan**

1. ☐ FHA   2. ☐ RHS   3. ☐ Conv. Unins.
4. ☐ VA    5. ☐ Conv. Ins.   ☐ Other

6. File Number: 82239
7. Loan Number:
8. Mortgage Insurance Case Number:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name & Address of Borrower: Kenneth J. Flynn, 400 W. Broadway - Ste 101-527, Missoula, MT 59802
Sherlock Storage, LLC, 400 West Braodway, Suite 101-527, Missoula, MT 59802

E. Name & Address of Seller:

F. Name & Address of Lender: Mark S. Mohorcich and Holly M. Mohorcich, PO Box 7247, Missoula, MT 59807

G. Property Location: 2603 Industry Road Missoula, Montana 59808

Lot 1, OWEN MINOR, Missoula County, Montana

5859825

H. Settlement Agent: Stewart Title of Missoula County, Inc., 320 West Broadway, Suite A, Missoula, MT 59802, (406) 728-1500
Place of Settlement: 320 W. Broadway St, Suite A, Missoula, MT 59802

I. Settlement Date: 10/29/2015   Proration Date: 10/29/2015   Disbursement Date: 10/29/2015

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $1,842.00 | 403. | |
| 104. Payoff Escrow No. 50915 to Stewart Escrow S | $39,131.19 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. Payment to IRS | $67,000.00 | 410. | |
| 111. Payment to CSJ | $10,000.00 | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $117,973.19 | 420. Gross Amount Due to Seller | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $149,131.19 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $149,131.19 | 520. Total Reduction Amount Due Seller | |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $117,973.19 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | ($149,131.19) | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash ☐ From ☒ To Borrower | $31,158.00 | 603. Cash ☐ To ☐ From Seller | |

# Disbursement Worksheet

Stewart Title of Missoula County, Inc.
320 West Broadway, Suite A, Missoula, MT 59802, (406) 728-1500

Buyer(s): Kenneth J. Flynn, 400 W. Broadway - Ste 101-527, Missoula, MT 59802
Sherlock Storage, LLC, 400 West Braodway, Suite 101-527, Missoula, MT 59802
Seller(s): Mark S. Mohorcich and Holly M. Mohorcich, PO Box 7247, Missoula, MT 59807
Lender(s):
Property: 2603 Industry Road Missoula, Montana 59808
Lot 1, OWEN MINOR, Missoula County, Montana

Bank Account: 5859825 / 654 - Trust Account 2
Closing Date: 10/29/2015
Disbursement Date: 10/29/2015
Proration Date: 10/29/2015

*(Handwritten: CV-22-98-BE - BMM, exibit #2, 2-4-23, 15)*

## Receipts

| Printed Name & Address / Description | Line # | Date | Reference # | Amount |
|---|---|---|---|---|
| **Receipts Total:** | | | | **$110,000.00** |
| 01 Mark S. Mohorcich and Holly M. Mohorcich, PO Box 7247, Missoula, MT 59807 — Principal amount of new loan(s); Payoff Escrow No. 50915 | 202-1 / 104-1 | | | $149,131.19 / ($39,131.19) |
| Total: | | | | $110,000.00 |

## Disbursements

| Printed Name & Address / Description | Line # | Date | Reference # | Amount |
|---|---|---|---|---|
| **Disbursements Total:** | | | | **$110,000.00** |
| 01 Christian, Samson & Jones, PLLC — Payment to CSJ | 111-1 | | | $10,000.00 |
| Total: | | | | $10,000.00 |
| 02 IRS — Payment to IRS | 110-1 | | | $67,000.00 |
| Total: | | | | $67,000.00 |
| 3 Kenneth J. Flynn and Sherlock Storage, LLC, 400 W. Broadway - Ste 101-527, Missoula, MT 59802 — Cash to borrower | 303 | | | $31,158.00 |
| Total: | | | | $31,158.00 |
| Stewart Title of Missoula County, Inc., 320 West Broadway, Suite A, Missoula, MT 59802 — Settlement or closing fee | 1102-1 | | | $400.00 |
| Title Insurance $650,000.00 | 1110-1 | | | $1,386.00 |
| Total: | | | | $1,786.00 |
| Stewart Title Trust Account — Deed Mortgage $56.00 Releases | 1202 | | | $56.00 |

*(Handwritten across items 01 and 02: "Withheld by Cal & Holly"; $67,000.00 circled)*

Page 1

```
WCCS2020.mdb  10/03/22  09:50  AFIDELITY NATIONAL TITLE OF MONTANA
                                    ACCOUNT HISTORY LEDGER
                                         ACCOUNT: 51229
```



2-6-23

Buyer : SHERLOCK STORAGE LLC
Seller: HOLLY MOHORCICH

SHERLOCK STORAGE LLC

400 W. BROADWAY STE 101-527
MISSOULA, MT 59802

| | | |
|---|---|---|
| Original Balance: | 650000.00 | |
| Remaining Balance: | 725755.89 | |
| P&I Payment Amount: | 5329.34 | |
| Interest Rate: | 8.00000 | |
| Interest Paid To: | 08/11/20 | |
| Next Payment Due: | 08/05/20 | |

| | |
|---|---|
| YTD Interest Paid: | 48637.50 |
| YTD Principal Paid: | 0.00 |
| Reserve Balance: | 0.00 |
| Late Chg Balance: | 0.00 |
| Trust Balance: | 0.00 |
| Accrued Interest Balance: | 76.23 |

| DATE | TRANSACTION | AMOUNT | INT PD TO | PRINCIPAL | INTEREST | END BAL |
|---|---|---|---|---|---|---|
| | BALANCE FORWARD | 0.00 | 10/10/19 | 0.00 | 0.00 | 725755.89 |
| 01/14/20 | PAYMENT | 5287.50 | 11/12/19 | 0.00 | 5287.50 | 725755.89 |
| | BUYER FEE | 12.50 | 11/12/19 | 0.00 | 0.00 | 725755.89 |
| 03/09/20 | PAYMENT | 5987.50 | 12/20/19 | 0.00 | 5987.50 | 725755.89 |
| | BUYER FEE | 12.50 | 12/20/19 | 0.00 | 0.00 | 725755.89 |
| 04/09/20 | PAYMENT | 5337.50 | 01/22/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 01/22/20 | 0.00 | 0.00 | 725755.89 |
| 06/15/20 | PAYMENT | 5337.50 | 02/25/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 02/25/20 | 0.00 | 0.00 | 725755.89 |
| 07/09/20 | PAYMENT | 5337.50 | 03/29/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 03/29/20 | 0.00 | 0.00 | 725755.89 |
| 08/05/20 | PAYMENT | 5337.50 | 05/02/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 05/02/20 | 0.00 | 0.00 | 725755.89 |
| 09/03/20 | PAYMENT | 5337.50 | 06/04/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 06/04/20 | 0.00 | 0.00 | 725755.89 |
| 11/03/20 | PAYMENT | 5337.50 | 07/08/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 07/08/20 | 0.00 | 0.00 | 725755.89 |
| 12/10/20 | PAYMENT | 5337.50 | 08/11/20 | 0.00 | 5337.50 | 725755.89 |
| | BUYER FEE | 12.50 | 08/11/20 | 0.00 | 0.00 | 725755.89 |

*Loan from Cal & Holly no principal reduction*

*example accused of not making payments Contested*

*20, 21, 22*

ase use the Year-to-Date Interest Paid amount for your tax records.



# United States Bankruptcy Court
U.S. Bankruptcy Court, District of Montana

2-6-23

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/04/2022 at 2:04 PM and filed on 10/04/2022.

SHERLOCK STORAGE LLC
615 1ST AVE
PO BOX 232
GILDFORD, MT 59525
2027143428
Tax ID / EIN: 83-1252176



The case was assigned case number:9:22-bk-90150-BPH to Judge BENJAMIN P. HURSH.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mtb.uscourts.gov or at the Clerk's Office, Room 263 Federal Building, 400 North Main, Butte, MT 59701.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Tyler P. Gilman
Clerk, U.S. Bankruptcy Court
of Montana

406 497 1240