Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

# UNITED STATES DISTRICT COURT
for the
_____ District of Montana

Great Falls Division

Kenneth J Flynn
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Calvin T Christian
Mark Pyrak
Steve Brown
Darrell Peterson
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT TO REQUIRE PERFORMANCE
## OF A CONTRACT TO CONVEY REAL PROPERTY

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kenneth J Flynn
   Street Address: 615 1st Ave, PO Box 232
   City and County: Goldford, Hill County
   State and Zip Code: Montana, 59525
   Telephone Number: 202-714-3428
   E-mail Address: Sherlock Storage 406 @ gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 7



2-6-23

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

Defendant No. 1
- Name: Calvin T Christian
- Job or Title (if known): Attorney Christian Sampson & Buckett PLLC
- Street Address: 310 West Spruce St
- City and County: Missoula, Missoula County
- State and Zip Code: Montana 59802
- Telephone Number: 406-721-7772
- E-mail Address (if known): CTC@csjlaw.com

Christian has a Corp CS&B PLLC

Defendant No. 2
- Name: Mark Pyrak
- Job or Title (if known): Real Estate agent Ft Benton Realty
- Street Address: 1426 front St
- City and County: Ft Benton Chouteau County
- State and Zip Code: Montana 59442
- Telephone Number: 406-622-3803 / 406-788-9280
- E-mail Address (if known): FBREALty1@gmail.com

Defendant No. 3
- Name: Steve Brown                        PLLP
- Job or Title (if known): Attorney Bosch, Kuhr, Dugdale & Brown
- Street Address: 335 4th Ave
- City and County: Havre, Hill
- State and Zip Code: Montana 59501
- Telephone Number: 406-265-4706
- E-mail Address (if known): sbrown@bkdlaw.org

Brown has a Corporation

Defendant No. 4
- Name: Darrell Peterson  (Burns)
- Job or Title (if known): Attorney Peterson Peterson & Shores PC
- Street Address: 5 W main St #2
- City and County: Cut Bank, Glacier County
- State and Zip Code: Montana
- Telephone Number: 406-873-2231
- E-mail Address (if known):

peterson has a corporation

③  2-6-23

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

Defendant No. 5
  Name: K. Dale Schwanke
  Job or Title (if known): Attorney
  Street Address: 3235 5th Ave S
  City and County: Great Falls ~~Cnty~~ Cascade County
  State and Zip Code: Montana 59405
  Telephone Number: 406 452 2520
  E-mail Address (if known): It is unknown if Schwanke is a Corporation

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Page 2 of 7



Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

II. **Basis for Jurisdiction**

All parties are residents of Montana

~~Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, a federal court may hear a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity-of-citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.~~

A. **The Plaintiff(s)**

1. If the plaintiff is an individual

   The plaintiff, (name) __Kenneth J Flynn__, is a citizen of the State of (name) __Montana__.

2. If the plaintiff is a corporation

   The plaintiff, (name) __Sherlock Storage LLC__, is incorporated under the laws of the State of (name) __Montana__, and has its principal place of business in the State of (name) __Montana__.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**

1. If the defendant is an individual

   The defendant, (name) __Dale Schwanke__, is a citizen of the State of (name) __Montana__. ~~Or is a citizen of (foreign nation)~~

   plaintiffs attorney for Sale & Exchange on 5/20/10

2. If the defendant is a corporation

   The defendant, (name) __unknown if a Corporation__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____

   Or is incorporated under the laws of (foreign nation) _____,

   and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy** The Embezzled $160000 was to be used to pay plaintiffs IRS tax debt less than $130000 at that Time of Sale Now $266,000 Alleged

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is ~~more than $75,000, not counting interest, costs of court, and the value of any items of property involved.~~

$160000 was embezzled by Calvin Christian (70000), Mark Pyrak ($72,000) Steve Brown ($18000) when plaintiff Closed his Sale & Exchange of his farm on 5/28/10. Mark Pyrak's real Estate Commission of $134,880 must be returned. Plaintiffs Attorney Dale Schwanke must return his fee of $12,375.40 for allowing the embezzlement to occur. Total In Controversy $307,255 plus ~~his~~ ~~interest~~ ~~plus~~ ~~apprx~~
plaintiff GIRS TAXES of $266000 $60000.2
-307255 + 266000 = 573255 ≈

III. **Statement of Claim**

A. Describe the real property owned by the ~~defendant~~(s) that is the subject of this complaint. ~~Include the address or location of the property.~~

plaintiff Sold his farm near Geldford, MT on 5/29/10, he purchased exchanged for Sherlock Storage located at 2403 Industry Rd Missoula MT 59808 plus two Condos located at 1010 West Pine. #104 + 304, Missoula MT 59808.

B. Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

1. When did you enter into the contract with the defendant(s)?
The Contract or Closing Statement was replaced by the defendants with a Substitute taking all plaintiffs Cash due to Seller planned to pay the April 130,000 of Income TAX

2. What is the purchase price you agreed to pay?
There was additional Breach of Contract Issues concerning the purchase price to be included on another Claim

3. Describe your obligations under the contract. Include any terms regarding required deposits.
■ The plaintiff Signed the Original official Closing Statement w Darrell peterson the Closing Agent he chose to ignore the official Document along with plaintiffs Attorney Dale Schwanke The Embezzlment (moneys) taken by Christian, Pyrak and Brown, 9540 was not accounted for out of the $70000 $18000 - $160000 $2495

4. Describe the defendant(s)' obligations under the contract, ~~including the obligation to convey the real property at issue~~.
The defendants were obligated to adhear by the official Closing Statement prepared By Montana Exchange, plaintiffs disability caused by the car accident on 1-4-10 See report for IRS abatement forced him to trust all his hired professionals.

The information exposing Embezzlment & Breach of Contract was discovered within Calvin T Christians files when he Quit representation of plaintiff Flynn ~~Sum~~ of 2020, Reviewed in April of 2021, Christian had a third Closing Winter Statement with altered documentation.

JK JV



Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

C. Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, ~~including payment of the purchase price~~. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

Plaintiff was taken advantage of, his disability caused by a ~~the~~ Car Reck on 1-4-10 effected Memory + Cognitive functions.

D. Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) ~~refused to do so~~. Attach copies of any correspondence with the defendant(s).

Plaintiff upheld his Obligation to Sell + purchase Sherlock Storage along with two Condominiums in Missoula. The embezzlement of $160,000 Breach of Contract caused ~~an~~ the IRS Debt of $130,000 to go unpaid now at $244,000. All this information was gained from review of Calvin Christians and Darrell Peterson files Spring of 2021 (April) Christian Quit plaintiff's Representation winter of 2020 when plaintiff received his files, then reviewed petersons.

IV. Relief

What is your requested form of relief? (check all that apply)

☐ Specific performance of the contract. (Explain why specific performance is the only adequate remedy and why damages would not suffice.)

☒ Damages sustained as a result of the defendant(s)' refusal to comply with the contract. (Describe the damages you are requesting.)

① IRS Debt of $244,000 - The 160,000 was to pay the Income tax Approx IRS = 130,000 5/20/10
② Defendant Mark Pyrak took $134,880 Not the agreed Commission of $72,440 He must Return the Entire Commission of $134,880
③ The entire $160,000 taken by Christian, Pyrak and Brown allowed by plaintiffs Attorney Dale Schwanke + Escrow Agent Darrell Peterson Total of $540,880 plus Interest at 10% 13yrs = Aprox $1,146,510

Schwankes Fees of — 12,375
573,255.40 Total Damages w/o Int 13yrs (Aprox) $1,144,510

Page 5 of 7



☐ If specific performance cannot be granted, damages in the amount of $ _____ .

  *(Describe the damages you are requesting.)*

☐ Other relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-6-23

Signature of Plaintiff: X Q Fly

Printed Name of Plaintiff: Kenneth J Flynn

### B. For Attorneys

Date of signing: _____