Breach of Contract

① refinance of Sherlock by Mahercach
⑤ $160,000 Embezzled from Sale & Exchange

_____[u~~attachment if necessary~~].

[ ] ~~I am also filing at this time a REQUEST FOR CONTESTED HEARING and a proposed ORDER setting hearing. (Necessary unless the opposition has filed one previously).~~

Dated this 6th day of February, 2023.
     (date)            (month)           (year)

X /s/
Your Signature

## Certificate of Service

I herby certify that a true and correct copy of the foregoing ~~Reply to Response to~~ Motion was served upon the opposing party (ies) on the 6 day of February, 20 23 by the method and at the address as indicated below:

United States District Court of Montana Great Falls Division
                                 Name
125 Central AVE
                              Address                [ ] U.S. Mail, first class postage prepaid
Great Falls MT 59404
                        City/State/Zip Code           [X] Hand Delivery

DATED this 6th day of Feb, 20 23.

X /s/
Your Signature

[Rev. November 2013]                                    Page 2