(8) Breach of Contract

Cals statement showed 1,158,457 10.31 proceeds to Mt Exchange the check sent was 1,128,457. Included falsified Document allowed Christian to take $30,000 out of the $160,000 Concerning 40,000 was mailed by (Peterson)

This claim for Breach of Contract is ~~struck~~ (Damages as a result) to the $160,000 Allegedly taken from plaintiff Flynn. The closing statement signed by Darrell Peterson, prepared by Montana exchange is the official Document that was replaced by a Substitute agreement that shows Zero Cash to Seller. unpaid taxes resulted added to the $160,000 taken plus fees & Commissions to be returned to plaintiff totalling $573,255.40. There is proof of the ~~originally~~ the $160,000 was withheld comparing the Closing Statements. Brown increased the payoff $18,000 to the Family Contract payoff to Audrey Flynn $585,258.37 increased to $803,292.41 Mark Pyrak's Commission increased from the agreed $72,440 to $134,880; Cal Christians personal Version of $130,000 due to Seller allowed Him to take $30,000 proceeds. The Montana Exchange (funds) were increased by $30,000 ~~check~~ a check in the amount of $40,000 is alleged to have been paid to Christian by Darrell Peterson. Escrow totaly (70,000) Extra to Christian. 18,000 Browns request, paid out of the 160,000, 70,000 Christian, 62,440 Pyrak — a Balance of 9,560 was taken as well to total the $160,000 Bonne Breach of Contract of the $160,000 Embezzled from plaintiff

OMB NO. 2502-0265

| A. *Amended Copy 1/4* *Rw-Alynn* | | B. TYPE OF LOAN: | | |
|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 5. ☐ CONV. INS. |
| (q) | 6. FILE NUMBER: PPS7733-1 | | 7. LOAN NUMBER: | |
| SETTLEMENT STATEMENT | 8. MORTGAGE INS CASE NUMBER: | | 1-17-23 | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0  3/98  (PPS7733-1.PFD/PPS7733-1/35)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Hidden Valley Colony, Inc. 470 Laird Road Chester, MT  59522 | Montana Exchange, Inc. as Qualified Intermediary for Kenneth Jay Flynn PO Box 8262 Missoula, MT  59807 | CV-22-98-GR BMM |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| T30N, R12E, Sec. 5: Lots 1,2,3,4, S½N½, S½ T31N, R12E, Sec. 28: N½; Sec.29: All; Sec. 30: Lots 1,2,3,4, E½W½, E½ Sec. 32: All Containing 2880 Acres of Farmland in Hill County, Montana | Peterson, Peterson & Shors, P.C. PLACE OF SETTLEMENT 5 West Main, P.O. Box 10 Cut Bank, MT  59427 | May 24, 2010 |

| J SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 2,248,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   to | | 406. City/Town Taxes   to | |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | | 420. GROSS AMOUNT DUE TO SELLER | 2,248,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 92,914.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 60,000.00 |
| 207. | | 507. Payoff to Audrey Flynn | 785,258.37 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   01/01/10 to 12/31/10 | 7,404.21 |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. 2009 RE Taxes | 7,663.34 |
| 216. | | 516. Fertilizer Bill Past Due | 5,702.49 |
| 217. | | 517. Exchange Fee to Montana Exchange | 600.00 |
| 218. | | 518. Section 1031 Proceeds to Montana Exchange | 1,126,457.19 |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 2,088,000.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | | 601. Gross Amount Due To Seller (Line 420) | 2,248,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( ) | 602. Less Reductions Due Seller (Line 520) | ( 2,088,000.00) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | | 603. CASH ( X TO ) ( FROM ) SELLER | 160,000.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

*exibit #4*

HUD-1 (3-86) RESPA, HB4305.2



Amended Complaint CV-22-48-GF-BMM

Page 2

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION** Based on Price $ @ % 72,440.00 | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $ 62,440.00 to Fort Benton Realty | | | |
| 702. $ 10,000.00 to Flynn Realty | | | |
| 703. Commission Paid at Settlement | | | 72,440.00 |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. to | | | |
| 804. to | | | |
| 805. to | | | |
| 806. to | | | |
| 807. to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From to @ $ /day ( days %) | | | |
| 902. MIP TotIns. for LifeOfLoan for months to | | | |
| 903. Hazard Insurance Premium for years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance @ $ per | | | |
| 1002. Mortgage Insurance @ $ per | | | |
| 1003. City/Town Taxes @ $ per | | | |
| 1004. County Taxes @ $ per | | | |
| 1005. Assessments @ $ per | | | |
| 1006. @ $ per | | | |
| 1007. @ $ per | | | |
| 1008. @ $ per | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to Peterson, Peterson & Shors, P.C. | | | 350.00 |
| 1102. Abstract or Title Search to | | | |
| 1103. Title Examination to | | | |
| 1104. Title Insurance Binder to | | | |
| 1105. Document Preparation to | | | |
| 1106. Attorney's Fees to Dale Schwanke | | | 12,375.40 |
| 1107. Attorney's Fees to | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance to Bear Paw Title Co. | | | 4,691.00 |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage $ | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. Attorney Fees to Cal Christian | | | 3,000.00 |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ ; Releases $ | | | |
| 1202. City/County Tax/Stamps: Deed $ ; Mortgage $ | | | |
| 1203. State Tax/Stamps: Revenue Stamps $ ; Mortgage $ | | | |
| 1204. Releases to Hill County Clerk and Recorder | | | 28.00 |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. Wire Fees to Stockman Bank | | | 30.00 |
| 1304. | | | |
| 1305. | | | 92,914.40 |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Peterson, Peterson & Shors, P.C.
Settlement Agent

Certified to be a true copy.

( PPS7733-1 / PPS7733-1 / 33 )

exibit #4

*Amnd'd Cmplnt CV-22-98-GF-BMM*  ,17.23

OMB NO. 2502-0265

**A.** U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

*Reinstated*

**SETTLEMENT STATEMENT**

**B. TYPE OF LOAN:**
1. ☐ FHA   2. ☐ FmHA   3. ☐ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS.
6. FILE NUMBER: PPS7733-1
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0   3/98   (PPS7733-1.PFD/PPS7733-1/33)

**D. NAME AND ADDRESS OF BORROWER:**
Hidden Valley Colony, Inc.
470 Laird Road
Chester, MT 59522

**E. NAME AND ADDRESS OF SELLER:**
Montana Exchange, Inc. as Qualified
Intermediary for Kenneth Jay Flynn
PO Box 8262
Missoula, MT 59807

**F. NAME AND ADDRESS OF LENDER:**

**G. PROPERTY LOCATION:**
T30N, R12E, Sec. 5: Lots 1,2,3,4, S½N½, S½
T31N, R12E, Sec. 28: N½; Sec.29: All;
Sec. 30: Lots 1,2,3,4, E½W½, E½
Sec. 32: All
Containing 2880 Acres of Farmland in
Hill County, Montana

**H. SETTLEMENT AGENT:**
Peterson, Peterson & Shors, P.C.

**PLACE OF SETTLEMENT**
5 West Main, P.O. Box 10
Cut Bank, MT 59427

**I. SETTLEMENT DATE:**
May 24, 2010

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 2,248,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes       to | | 406. City/Town Taxes       to | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | | **420. GROSS AMOUNT DUE TO SELLER** | 2,248,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 92,914.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 60,000.00 |
| 207. | | 507. Payoff to Audrey Flynn | 785,258.37 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes       to | | 510. City/Town Taxes       to | |
| 211. County Taxes          to | | 511. County Taxes   01/01/10 to 12/31/10 | 7,404.21 |
| 212. Assessments           to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. 2009 RE Taxes | 7,663.34 |
| 216. | | 516. Fertilizer Bill Past Due | 5,702.49 |
| 217. | | 517. Exchange Fee to Montana Exchange | 600.00 |
| 218. | | 518. Section 1031 Proceeds to Montana Exchange | 1,158,457.19 |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 2,118,000.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | | 601. Gross Amount Due To Seller (Line 420) | 2,248,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( ) | 602. Less Reductions Due Seller (Line 520) | ( 2,118,000.00) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | | 603. CASH ( X TO ) ( FROM ) SELLER | 130,000.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

*exhibit 4*

HUD-1 (3-86) RESPA, HB4305.2

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

*Amended Complaint Reinstated*

A. 
1. ☐ FHA  2. ☐ FmHA  3. ☐ INV. UNINS.  4. ☐ VA  5. ☐ CONV. INS.

6. FILE NUMBER: PPS7733-1
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

*1-17-23*

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (PPS7733-1.PFD/PPS7733-1/15)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Hidden Valley Colony, Inc. 470 Laird Road Chester, MT 59522 | Montana Exchange, Inc. as Qualified Intermediary for Kenneth Jay Flynn PO Box 8262 Missoula, MT 59807 | *CV-22-98-GF-BMM* |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| T30N, R12E, Sec. 5: Lots 1,2,3,4, S½N½, S½ T31N, R12E, Sec. 26: N½; Sec.29: All; Sec. 30: Lots 1,2,3,4, E½W½, E½ Sec. 32: All Containing 2880 Acres of Farmland in Hill County, Montana | Peterson, Peterson & Shors, P.C. PLACE OF SETTLEMENT 5 West Main, P.O. Box 10 Cut Bank, MT 59427 | May 20, 2010 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 2,248,000.00 | 401. Contract Sales Price | 2,248,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 6,814.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes        to | | 406. City/Town Taxes        to | |
| 107. County Taxes           to | | 407. County Taxes           to | |
| 108. Assessments            to | | 408. Assessments            to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 2,254,814.00 | 420. GROSS AMOUNT DUE TO SELLER | 2,248,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 60,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 152,324.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 60,000.00 |
| 207. | | 507. Payoff to Audrey Flynn | 803,292.61 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes        to | | 510. City/Town Taxes        to | |
| 211. County Taxes  01/01/10 to 12/31/10 | 7,404.21 | 511. County Taxes  01/01/10 to 12/31/10 | 7,404.21 |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. 2009 RE Taxes | 7,663.34 |
| 216. Fertilizer Refund | 5,702.49 | 516. Fertilizer Bill Past Due | 5,702.49 |
| 217. | | 517. Exchange Fee to Montana Exchange | 600.00 |
| 218. | | 518. Section 1031 Proceeds to Montana Exchange | 1,211,012.95 |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 73,106.70 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 2,248,000.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 2,254,814.00 | 601. Gross Amount Due To Seller (Line 420) | 2,248,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 73,106.70) | 602. Less Reductions Due Seller (Line 520) | ( 2,248,000.00) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 2,181,707.30 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

*exhibit # 4*

HUD-1 (3-86) RESPA, HB4305.2

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % = 134,880.00 | | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ 124,880.00 to Fort Benton Realty | | | | |
| 702. $ 10,000.00 to Flynn Realty | | | | |
| 703. Commission Paid at Settlement | | | | 134,880.00 |
| 704. to | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | |
| 801. Loan Origination Fee 1.0000 % to | | | | |
| 802. Loan Discount % to | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Mortgage Ins. App. Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest From to @ $ /day ( days %) | | | | |
| 902. MIP TotIns. for LifeOfLoan for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance months @ $ per month | | | | |
| 1002. Mortgage Insurance months @ $ per month | | | | |
| 1003. City/Town Taxes months @ $ per month | | | | |
| 1004. County Taxes months @ $ per month | | | | |
| 1005. Assessments months @ $ per month | | | | |
| 1006. months @ $ per month | | | | |
| 1007. months @ $ per month | | | | |
| 1008. months @ $ per month | | | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or Closing Fee to Peterson, Peterson & Shors, P.C. | | | 350.00 | 350.00 |
| 1102. Abstract or Title Search to | | | | |
| 1103. Title Examination to | | | | |
| 1104. Title Insurance Binder to | | | | |
| 1105. Document Preparation to | | | | |
| 1106. Attorney's Fees to Dale Schwanke | | | | 12,375.40 |
| 1107. Attorney's Fees to Peterson, Peterson & Shors, P.C. | | | 6,450.00 | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance to Bear Paw Title Co. | | | | 4,691.00 |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ | | | | |
| 1110. Owner's Coverage $ | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording Fees: Deed $ 14.00; Mortgage $ ; Releases $ | | | 14.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | | |
| 1204. Releases to Hill County Clerk and Recorder | | | | 28.00 |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey to | | | | |
| 1302. Pest Inspection to | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | 6,814.00 | 152,324.40 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Certified to be a true copy.

Peterson, Peterson & Shors, P.C.
Settlement Agent

( PPS7733-1 / PPS7733-1 / 16 )



**PETERSON, PETERSON & SHORS, P.C.**
TRUST ACCOUNT
P.O. BOX 10
CUT BANK, MT 59427-0010
(406) 873-2231

STOCKMAN BANK

93-524-929

9035

PPS7733-1
Section 1031 Proceeds

--One Million One Hundred Twenty Eight Thousand Four Hundred Fifty Seven and 19/100 Dollars

May 24, 2010        $ *****1,128,457.19

PAY TO THE ORDER OF    Montana Exchange

Void

AUTHORIZED SIGNATURE

⑈009035⑈ ⑆092905249⑆ 0000301786⑈

---

**PETERSON, PETERSON & SHORS, P.C.**                                9035

Buyer/Borrower: Hidden Valley Colony, Inc.
       Seller: Montana Exchange, Inc For Kenneth Jay Flynn
       Lender:
     Property: /
Settlement Date: May 24, 2010
Disbursement Date: May 24, 2010
   Check Amount: $ 1,128,457.19
         Pay To: Montana Exchange         (PPS7733-1.PFD/PPS7733-1/38)
            For: Section 1031 Proceeds

*Replaced by Wire*

5/25/10

PRODUCT DLM102    USE WITH 91500 ENVELOPE                 PRINTED IN U.S.A.

---

**CHECKING WITHDRAWAL OR ADVICE OF CHARGE**
PLEASE MAKE THIS ENTRY IN YOUR RECORDS

MCCWAOC1   M 2230120.4

Stockman Bank

DATE _5/25/_

ACCOUNT NUMBER  0000301786

APPROVED BY _____
(IF BANK INITIATED CHARGE)

NAME _____
DESCRIPTION _Wire_

**COPY**

AMOUNT



P. 02

# BOSCH, KUHR, DUGDALE, MARTIN & KAZE, PLLP
A Professional Limited Liability Partnership

ON O. BOSCH (1931-2007)
B. KUHR (1931-2003)
LEY E. DUGDALE (bdugdale@bkdlaw.org)
LD MARTIN (1937-1998)
S M. KAZE (jkaze@bkdlaw.org)
E. VAN BUSKIRK (mvanbuskirk@bkdlaw.org)
A. MARISTUEN (kmaristuen@bkdlaw.org)
LILLETVEDT (blilletvedt@bkdlaw.org)
IEN R. BROWN (sbrown@bkdlaw.org)
ANN MOOG (mmoog@bkdlaw.org)
ER E. FORSYTH (jforsyth@bkdlaw.org)
WHITNEY (kwhitney@bkdlaw.org)

ATTORNEYS AND COUNSELORS
335 FOURTH AVENUE
P.O. BOX 7152
HAVRE, MONTANA 59501

TELEPHONE
(406) 265-6706

TELEFAX NUMBER
(406) 285-7578

May 24, 2010

Darrell T. Peterson
Peterson, Peterson & Shors, P.C.
P.O. Box 10
Cut Bank, MT 59427

Re: Kenneth Jay Flynn – Hidden Valley Colony, Inc.

Via Fax 406-873-5207

Dear Darrell:

As you are aware, there were some issues raised about the amortization previously calculated by Jerry Waltari, CPA. Jerry and other members of his firm have recalculated the amounts due and owing from Kenneth Jay Flynn to Audrey Flynn, which will be paid through the above referenced transaction. Now, in your capacity as closing agent, you are hereby authorized to record and/or deliver the original Release and Satisfaction of Mortgages, Waiver and Release of Agreements, and Acknowledgement of Payment documents previously enclosed to you, to the Hill County Clerk & Recorder or Kenneth Jay Flynn, as the case may be, only upon the payment to Audrey L. Flynn of the sum of $785,258.37 from the proceeds of the above referenced sale transaction. This breaks down to $578,312.09 on the mortgage loan and $206,946.28 on the grain loan.

Audrey L. Flynn's check may be mailed to my office. If any further problems arise in the closing of the above captioned transaction, please continue to hold Audrey's original documents and funds, and contact me immediately. Thank you for your cooperation.

Sincerely,

Stephen R. Brown, Jr.

RB/lp
nclosures



# BOSCH, KUHR, DUGDALE, MARTIN & KAZE, PLLP
A Professional Limited Liability Partnership

RTON O. BOSCH (1931-2007)
HN B. KUHR (1931-2003)
ADLEY E. DUGDALE (bdugdale@bkdlaw.org)
NALD MARTIN (1937-1998)
MES M. KAZE (jkaze@bkdlaw.org)
RY E. VAN BUSKIRK (mvanbuskirk@bkdlaw.org)
TH A. MARISTUEN (kmaristuen@bkdlaw.org)
AN LILLETVEDT (blilletvedt@bkdlaw.org)
EPHEN R. BROWN (sbrown@bkdlaw.org)
RY ANN MOOG (mmoog@bkdlaw.org)
NIFER E. FORSYTH (jforsyth@bkdlaw.org)
SIE WHITNEY (kwhitney@bkdlaw.org)

ATTORNEYS AND COUNSELORS
335 FOURTH AVENUE
P.O. BOX 7152
HAVRE, MONTANA 59501

TELEPHONE
(406) 265-6706

TELEFAX NUMBER
(406) 265-7578

May 20, 2010

Mr. Darrell T. Peterson
Peterson, Peterson & Shors, P.C.
P.O. Box 10
Cut Bank, MT 59427

faxed: (406) 873-5207

Re: Kenneth Jay Flynn – Hidden Valley Colony, Inc.

Dear Darrell:

In your capacity as closing agent for the captioned transaction, you are hereby authorized to record and/or deliver the original Release and Satisfaction of Mortgages, Waiver and Release of Agreements, and Acknowledgement of Payment documents enclosed to you in my letter of May 18, 2010, to the Hill County Clerk and Recorder or Kenneth Jay Flynn, as the case may be, only upon the payment to Audrey L. Flynn of the sum of $803,292.61 from the proceeds of the captioned sale transaction.

Audrey L. Flynn's check may be mailed to my office, or alternatively, if Janis Flynn Pyrak attends the closing, Audrey L. Flynn's check can be delivered to her for personal delivery by Janis to me.

If any problems arise in the closing of the captioned transaction, please continue to hold the original documents referenced above and contact me immediately.

Sincerely,

for Stephen R. Brown, Jr.

jh
cc: K. Dale Schwanke (by email)
Audrey L. Flynn

*Amended Complaint* 1983

Department of the Treasury
Internal Revenue Service
Attn: Passport
PO Box 8208
Philadelphia, PA 19101-8208

CV-22-98 GF BMM

| | |
|---|---|
| Notice | SB CP508C |
| Notice date | August 15, 2022 |
| Taxpayer ID number | 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 |
| To contact us | Phone International +1-267-941-1004 |

Page 1 of 5

10 27-22

001475.250349.461707.18165 1 MB 0.515 693

KENNETH FLYNN
400 W BROADWAY ST STE 101 # 527
MISSOULA MT 59802-4136

001475

## Notice of certification of your seriously delinquent federal tax debt to the State Department
## Amount due: $266,638.16

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

We have transmitted the certification to the State Department that your tax debt is seriously delinquent.

We show that you still owe $266,638.16. This amount includes penalty and interest computed to 30 days from the date of this notice.

This notice only includes the portion of your tax debt that has been certified to the State Department as seriously delinquent, as defined below. You may have additional tax debt that is not included in this notice.

### Billing Summary

| | |
|---|---|
| Amount of seriously delinquent tax debt owed | $194,878.86 |
| Failure to pay penalty charges | $6,841.27 |
| Interest charges | $64,918.03 |
| Amount due by September 14, 2022 | $266,638.16 |

### What you need to know

Seriously delinquent tax debt is tax debt (including penalties and interest) totaling more than $55,000* for which:
- We have filed a Notice of Federal Tax Lien and your administrative rights under Internal Revenue Code (IRC) Section 6320 have been exhausted or lapsed, OR
- We have, at any time, issued a levy to collect this debt.
* The $55,000 threshold is adjusted yearly for inflation.

If you apply for a passport or passport renewal, the U.S. State Department will deny your application and will not issue a passport to you or renew your current passport.

If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States.

Continued on back...