# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Include Additional Fees Amended Complaint |

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** | CV-23-0007-GF-BMM |

**Case Name** | Kenneth J Flynn v Cal Christian Et-Al |

**Lower Court or Agency Case Number** | |

**What is your name?** | Kenneth J. Flynn |

1. **What do you want the court to do?**

   Include Defendant Jerry Walter's fees to be returned to plaintiff / Approx $50,000

2. **Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request.** *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Jerry Walters forged a fraudulent Amortization Schedule, not to Include principal reductions, false final amounts due to the Audrey Flynn pay off. Conflict of Interest Representing both Lien holder Audrey Flynn and plaintiff Kenneth J Flynn, favoring Audrey Flynn w/ an overpayment of Approx $559,404 Corrected from 333,000. Additional Fees of Approx $50,000 - Total Fees Requested is Increased from $150,605 to $200,605 page 7 2nd claim

**Your mailing address:**

615 1st AVE, PO Box 232

**City** | Gold Ford | **State** | MT | **Zip Code** | 59525 |

**Prisoner Inmate or A Number (if applicable)** | N/A |

**Signature** | X [signature] | **Date** | 2-24-23 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                                                                    New 12/01/2018