Eric B. Biehl
BIEHL LAW PLLC
114 3rd Street South
P.O. Box 3405
Great Falls, Montana 59403-1645
Telephone: (406) 771-6719
Facsimile:  (406) 296-4795
eric@biehl.law

Brittney A. Kuntz
FRONT RANGE LAW, PLLC
114 3rd Street South
Great Falls, Montana 59401
Telephone: (406) 761-3000
Facsimile:  (406) 453-2313
bkuntz@frontrangemt.com

*Attorneys for* K. Dale Schwanke, Darrell Peterson, Mark Pyrak, John Wurz, and David Hofer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH JAY FLYNN,<br><br>PLAINTIFF,<br><br>vs.<br><br>JERRY WALTARI, CALVIN T CHRISTIAN, DARRELL PETERSON, STEVE BROWN, MARK PYRAK, K. DALE SCHWANKE, JOHN WURZ, AND DAVID A. HOFER<br><br>DEFENDANTS. | Cause No. CV 23-007-GF-BMM<br><br>**DEFENDANTS K. DALE SCHWANKE, DARRELL PETERSON, MARK PYRAK, JOHN WURZ, AND DAVID HOFER'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

1

COME NOW Defendants K. Dale Schwanke, Darrell Peterson, Mark Pyrak, John Wurz, and David Hofer, by and through counsel, BIEHL LAW PLLC and FRONT RANGE LAW, PLLC, and moves this Court to dismiss Plaintiff's Complaint and Jury Demand pursuant to Rule(12)(b)(1) of the Federal Rules of Civil Procedure. Subject Matter Jurisdiction does not exist because there is not complete diversity between the parties. Also, this matter does not present a question or right based on federal law or the U.S. Constitution. A brief in support of this Motion is filed contemporaneously herewith.

DATED this 10th Day of March 2023.

BIEHL LAW PLLC

By   /s/ Eric B. Biehl
         ERIC B. BIEHL

FRONT RANGE LAW, PLLC

By   /s/ Brittney A. Kuntz
         BRITTNEY A. KUNTZ

Attorneys for K. Dale Schwanke, Darrell Peterson, Mark Pyrak, John Wurz, and David Hofer

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023 a copy of the foregoing was served on the following persons by the following means:

```
  1    CM/ECF
____   Hand Deliver
  1    Mail
____   Email
____   Overnight Delivery Service
```

1. Kenneth J. Flynn
   615 1st Ave.
   PO Box 232
   Gilford, MT 59525

BIEHL LAW PLLC

By  /s/ Eric B. Biehl
        ERIC B. BIEHL

FRONT RANGE LAW, PLLC

By  /s/ Brittney A. Kuntz
        BRITTNEY A. KUNTZ