IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
GREAT FALLS DIVISION

Kenneth J Flynn
  Plaintiff,

vs.

Calvin Christian Et Al
  Defendant.

Case Number: 4:23-CV-00007-BMM

CONSENT TO ELECTRONIC
SERVICE

NON-SOCIAL SECURITY
CASES ONLY

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having future documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission. I further understand that I must continue to file all my documents conventionally. If I wish to discontinue receiving document by electronic means, I must notify the court in writing of my desire to receive documents conventionally.

3-14-23
DATE

K J Fly
SIGNATURE

Kenneth J Flynn
PRINTED/TYPED NAME

Sherluck Storage 406 @ Gmail.Com
E-MAIL ADDRESS

202-714-3428
TELEPHONE NUMBER

**Note: Receipt of electronic service is not available to pro se litigants in social security actions. Special restrictions apply to these cases.**