Elizabeth L. Hausbeck
Gabrielle N. Gee
HALL BOOTH SMITH, P.C.
101 East Front Street, Suite 402
Missoula, MT 59802
Phone: (406) 317-0070
Fax: (406) 919-7889
ehausbeck@hallboothsmith.com
ggee@hallboothsmith.com

Attorneys for Steve R. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH JAY FLYNN,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN T. CHRISTIAN, CHRISTIAN SAMSON & BASKETT PLLC, HOLLY M. MOHERCICH, Individually and as TRUSTEE FOR THE MARK MOHERCICH IRREVOCABLE TRUST, MARK MOHERCICH, STEVE R. BROWN, DAVID A. HOFER, DARRELL PETERSON, PETERSON PETERSON BURNE & SHORES PC, MARK PYRAK, FT BENTON REALTY, K. DALE SCHWANKEE, JERRY WALTARI, JOHN WURZ<br><br>Defendants. | Cause No. 4:23-cv-00007-BMM<br><br>**DEFENDANT STEVE R. BROWN'S MOTION TO DISMISS** |

Defendant Steve R. Brown ("Brown") respectfully moves to dismiss this action as Plaintiff has failed to state a claim against Brown for which relief can be granted and this Court lacks subject matter jurisdiction over his claims. The arguments in support of this motion are set forth in the accompanying brief filed simultaneously herewith.

Respectfully submitted this <u>17th</u> day of March, 2023.

                                                    **HALL BOOTH SMITH, P.C.**

                                             /s/ Elizabeth Hausbeck
                                             Elizabeth Hausbeck
                                             *Attorneys for Steve R. Brown*

# CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **DEFENDANT STEVE R. BROWN'S MOTION TO DISMISS** upon Plaintiff by depositing a true copy of the same in the U.S. Mail, proper postage prepaid, and/or Electronic Mail, addressed as follows:

> Kenneth J. Flynn
> 615 1st Ave.
> Gildford, MT 59525
> *Plaintiff – Pro Se*

This 17th day of March, 2023.

**HALL BOOTH SMITH, P.C.**

 /s/ Elizabeth Hausbeck
Elizabeth Hausbeck
*Attorneys for Steve R. Brown*