# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** ~~Combine~~ Include Both Amended Complaints as Claim 1 + 2

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s):** CV-23-00007-BMM

**Case Name:** Kenneth J Flynn v Calvin Christian ET AL

**Lower Court or Agency Case Number:** N/A

**What is your name?** Kenneth J Flynn

1. **What** do you want the court to do?

   Insure to Combine Both Amended Complaints into Case 4:23-CV-0007-BMM

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Both Amended Complaints are intended to be included in Case 4:23-CV-0007-BMM for Clarification purposes. Amended Complaint 1 includes Defendants Christians Mark & Holly Mohorcich/Trustee is Holly Mohorchich. Amended Complaint 2 defendants are Waltari, Christian, Peterson, Brown, Pyrak and both Wurz & Hofer along with K Dale Schwanke.

**Your mailing address:**

415 1st Ave PO Box 232

**City:** Coldford  **State:** MT  **Zip Code:** 59525

**Prisoner Inmate or A Number (if applicable):** N/A

**Signature:** KJF  **Date:** 3-21-23

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 27                                                                  New 12/01/2018

(Claims 1 & 2)

① Clarification Motion ~~letter~~ (Combining Amended Complaints into Case)
4:23-CV-0007-BMM

② Motion for Extention of Time (30 days)

Request for Assisted Council

Service to United States US District Court of Montana Great Falls Division

[ ] ~~I~~ ~~REQUEST FOR~~ ~~ORDER~~

Dated this __21__ day of __March__, 20__23__.
(date)           (month)              (year)

_K J H_
Your Signature

## Certificate of Service

Clarification Motion & extention of Time

I herby certify that a true and correct copy of the foregoing ~~~~ Motion was served upon the opposing party (ies) on the __21__ day of __March__, 20__23__ by the method and at the address as indicated below:

US District Court of Montana Great Falls Division
Name
125 Central AVE W
Address
Great Falls Mt 59404
City/State/Zip Code

[X] U.S. Mail, first class postage prepaid
[ ] Hand Delivery

DATED this __21__ day of __March__, 20__23__.

_K J Flynn_
Your Signature