# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** 30 day Extention of Time

Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s):** CV-23-0007-GF-BMM

**Case Name:** Kenneth Flynn v Calvin Christian Et Al

**Lower Court or Agency Case Number:** N/A

**What is your name?** Kenneth J Flynn

1. **What do you want the court to do?**

   allow 30 day extention of Time to enable the Court to Appoint Assisted Council for pro Se plaintiff

2. **Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. (Attach additional pages as necessary. Your motion may not be longer than 20 pages.)**

   This case has numerous Defendants, as well as being Complicated. The plaintiff is still Struggling with memory Defects as well as recovering from Covid 19.

**Your mailing address:**

415 1st AVE PO Box 232

**City:** Gold Ford  **State:** MT  **Zip Code:** 59525

**Prisoner Inmate or A Number (if applicable):** N/A

**Signature:** K J Flynn  **Date:** 3-21-23

4:23-cv-0007-BMM (Claims 1 & 2)

(1) Clarification Motion Combining Amended Complaints in to Case 4:23-cv-0007-BMM

(2) Motion for Extention of time (30 days)

Request for Assisted Councel

Service to United States US District Court of Montana Great Falls Division

[ ] I ~~request filing this~~ ~~REQUEST FOR CONTEMPT HEARING~~ and ~~proposed ORDER~~ ~~setting hearing (discovery violation) oppositions filed (discovery violation)~~

Dated this 21 day of March, 2023.

*K J H*
Your Signature

### Certificate of Service

Clarification Motion & extention of Time

I hereby certify that a true and correct copy of the foregoing ~~Reply to Defendants~~ Motion was served upon the opposing party (ies) on the 21 day of March, 20 23 by the method and at the address as indicated below:

US District Court of Montana Great Falls Division
Name
125 Central AVE W
Address
Great Falls Mt 59404
City/State/Zip Code

[X] U.S. Mail, first class postage prepaid
[ ] Hand Delivery

DATED this 21 day of March, 2023.

*K J Flynn*
Your Signature