# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH JAY FLYNN,<br><br>      Plaintiff,<br><br>v.<br><br>CALVIN T. CHRISTIAN, et al.,<br><br>      Defendants. | CV-23-07-GF-BMM<br><br><br>**ORDER** |

## INTRODUCTION

Plaintiff Kenneth Flynn ("Flynn"), proceeding *pro se*, has sued several Defendants. (Doc. 1); (Doc. 4.) Flynn once amended his Complaint. (Doc. 4.) Flynn now has filed a Motion to Amend his First Amended Complaint. (Doc. 33.) No Defendants have filed Answers in the matter. (*See* Docket.) The Court will grant Flynn's Motion to Amend. (Doc. 33.) The Court will impose a deadline of June 15, 2023, for Flynn to file any amended complaint.

The Court's granting Flynn's Motion to Amend renders moot several other motions. (Doc. 7.); (Doc. 19); (Doc. 27.) The Court will deny these motions.

## ORDER

Accordingly, **IT IS ORDERED** that:

1

- The Court **GRANTS** Flynn's Motion to Amend. (Doc.33.)

- The Court **DENIES** as moot Flynn's remaining Motions. (Doc. 7.); (Doc. 19); (Doc. 27.)

DATED this 17th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court